**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROXANNE GRINAGE, : | CIVIL ACTION |
| Plaintiff, : | |
| : | |
| v. : | No. 09-4119 |
| : | |
| FERN BROWN CAPLAN, ESQUIRE, et al., : | |
| Defendants. : | |

**O R D E R**

**AND NOW**, this 17th day of March, 2010, upon consideration of Defendant, Judge Shirdan-Harris's, Motion to Dismiss (doc. no. 10), Plaintiff's response thereto, and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and Plaintiff's action against Defendant Judge Shirdan-Harris is **DISMISSED**.

**BY THE COURT:**

**/s/ Mitchell S. Goldberg**
_____
**Mitchell S. Goldberg, J.**